BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
DEANNA L. MARTINEZ
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00089-LJO |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | MONEY JUDGMENT |
| v. ) | |
| ) | |
| PAMELA LARUE MCFADDEN, ) | |
| ) | |
| Defendant. ) | |

On March 19, 2010, defendant Pamela Larue McFadden entered a guilty plea to the Superseding Information charging her with Identity Theft in violation of 18 U.S.C. § 1028(a)(7).

As part of her plea agreement with the United States, defendant Pamela Larue McFadden agreed to forfeit voluntarily and immediately $20,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1028(a)(7), to which she has pled guilty. See Defendant McFadden's Plea Agreement ¶ 3.(e).

///

1 | Plaintiff hereby applies for entry of a money judgment as
2 | follows:
3 |     1. Pursuant to 18 U.S.C. § 982(a)(2)(B) and Fed. R. Crim. P.
4 | 32.2(b)(1), the Court shall impose a personal forfeiture money
5 | judgment against defendant Pamela Larue McFadden in the amount of
6 | $20,000.
7 |     2. The above-referenced personal forfeiture money judgment is
8 | imposed based on defendant Pamela Larue McFadden conviction for
9 | violating 18 U.S.C. § 1028(a)(7). Said amount reflects a reasonable
10 | compromise between the parties for forfeiture purposes concerning
11 | the proceeds the defendant obtained, which the defendant agreed is
12 | subject to forfeiture based on the offense of conviction.  Any funds
13 | applied towards such judgment shall be forfeited to the United
14 | States of America and disposed of as provided for by law.
15 |     3. Payment of the personal forfeiture money judgment should be
16 | made in the form of a cashier's check made payable to the United
17 | States Marshals Service and sent to the U.S. Attorney's Office, Att:
18 | Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA
19 | 93721.  Any funds delivered to the United States to satisfy the
20 | personal money judgment shall be seized and held by the United
21 | States Marshals Service, in its secure
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

custody and control.

DATED: June 18, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Pamela Larue McFadden in the amount of $20,000. Any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

**Dated:   June 24, 2010**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE