# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-09-00089 LJO |
| Plaintiff, | **ORDER FOR TRANSPORT AND TESTING SAMPLES** |
| vs. | |
| PAMELA LARUE McFADDEN, | |
| Defendant. | |

Defendant requested the Court order independent testing of defendant's urine samples. No objection was raised to the testing or the transport protocol proposed by defendant.

IT IS HEREBY ORDERED that Alere Toxicology Services at 450 Southlake Boulevard, Richmond, VA 23236, shall provide, send and track by Federal Express, UPS or some similar overnight service, two urine samples taken from Pamela Larue McFadden on December 21, 2011, #B02465801 and on January 12, 2012, #B02465761, each sample to be a minimum amount of 3 ml and be sent to Central Valley Toxicology (CVT) 1580 Tollhouse Road, Clovis, CA 93611 for independent testing by CVT.

Authorization for independent testing by CVT and the reasonable cost thereof is hereby approved, as well as all shipping, transportation and tracking costs for the overnight delivery service charges, incurred by Alere Toxicology Services in transporting the samples to CVT.

/////

1 | IT IS FURTHER ORDERED that the parameters for reasonable testing by CVT may be set by
2 | defense counsel.
3 | IT IS SO ORDERED.
4 | Dated:   May 2, 2012                           /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE