FILED
MAY 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
　　　　DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-09-00089 LJO |
| Plaintiff, | ORDER FOR TRANSPORT AND TESTING SAMPLES |
| vs. | |
| PAMELA LARUE McFADDEN, | |
| Defendant. | |

Defendant requested the Court order independent testing of defendant's urine samples.

IT IS HEREBY ORDERED that Alere Toxicology Services at 450 Southlake Boulevard, Richmond, VA 23236, shall provide, send and track by Federal Express, overnight service, two urine samples taken from Pamela Larue McFadden on December 21, 2011, #B02465801 and on January 12, 2012, #B02465761, each sample to be a minimum amount of 3 ml and be sent to Pacific Toxicology Laboratories, Attention FTA, c/o Michael Henson, 9348 DeSoto Ave., Chatsworth, CA 91311.

Authorization for independent testing by Pacific Toxicology Laboratories and the reasonable cost thereof is hereby approved, as well as all shipping and tracking costs for the Fed Ex overnight delivery to Pacific Toxicology Laboratories.

IT IS FURTHER ORDERED that the parameters for reasonable testing by Pacific Toxicology Laboratories may be set by defense counsel. This order supercedes the order at Doc. 93.

IT IS SO ORDERED.

Dated: May 17, 2012

Barbara A. McAuliffe
United States Magistrate Judge

ORDER FOR TRANSPORT AND TESTING SAMPLES - 2